GREER, county treasurer, *vs.* HUDSON *et al.*

In cases transferred from the superior to the county court, fees of the solicitor general and other officers of the superior court should be deducted from the fines imposed in such cases, and the balance should be paid to the county treasurer. In cases not transferred from the superior to the county court, money collected by the latter court and paid over to the county treasurer is not subject to be appropriated to the payment of orders for insolvent costs due the officers of the superior court. Code, §§300, 315, 519, 4631; 54 *Ga.*, 40.

Judgment reversed.

February 24, 1885.

BLANDFORD, Justice.

[The solicitor general, clerk of the superior court, sheriff and solicitor general *pro.tem.* sought a *mandamus* against the county treasurer to compel him to pay certain orders which they held on account of insolvent costs. The treasurer demurred and answered the petition, stating that the

v 74-52

fund in his hands sought to be subjected aioso from fines and forfeitures in the county court; that the movants had been paid all of their costs in cases transferred from the superior court, and were not entitled to have their insolvent costs paid from the fines, etc., in the county court.

There was no contest as to the facts. The court granted the *mandamus* and defendant excepted.]